OPINION — AG — ** CREAM — MILK — CLASSIFICATION ** THE SO CALLED " FOUR DAY CREAM GRADING PLAN " AS OUTLINED IN THE STATEMENT ATTACHED, 'CANNOT' BE LEGALLY BE ADOPTED BY THE STATE BOARD OF AGRICULTURE OR INCLUDED IN ITS RULES AND REGULATIONS SINCE THE SAME WOULD BE CONTRARY TO THE PROVISIONS OF 2 O.S. 398 [2-398] (GRADES OF CREAM, CURD) CITE: 2 O.S. 394 [2-394], 2 O.S. 398 [2-398] (OWEN J. WATTS)